# United States Bankruptcy Court
## Southern District of Florida

In re   **TP5, LLC**                                                    Case No.
                                    Debtor(s)                           Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **TP5, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **May 16, 2013** | **/s/ Brett A. Elam** |
| Date | **Brett A. Elam 576808** |
| | Signature of Attorney or Litigant |
| | Counsel for   **TP5, LLC** |
| | **The Law Offices of Brett A. Elam, P.A.** |
| | **105 South Narcissus** |
| | **Suite 802** |
| | **West Palm Beach, FL 33401** |
| | **561-833-1113 Fax:561-833-1115** |
| | **belam@brettelamlaw.com** |