UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                Case No.: 13-21573-BKC-EPK
                                                      Chapter 11 proceeding
TP5, LLC,

    Debtor.
_____/

CHAPTER 11 CASE MANAGEMENT SUMMARY

In compliance with Local Rule 2081-1(B), the Debtor-in-Possession, TP5, LLC, files this Chapter 11 Case Management Summary and states:

The following data represents approximations for background information only and the information may represent the Debtors' best estimate in response to some of the ensuing questions.

1. Date of Order for Relief under chapter 11 (filing date of petition if voluntary chapter 11 petition): **May 17, 2013**

2. Names, case numbers and dates of filing of related debtors:
   **None**

3. Description of debtor's business: **The Debtor is a Florida limited liability company, and owns a parcel of real property located in Palm Beach County, Florida. It is utilized as rental property.**

4. Locations of debtor's operations and whether the business premises are leased or owned:
   **525 South Flagler Drive**
   **Suite 500**
   **West Palm Beach, FL 33401**

5. Reasons for filing chapter 11:

   **The Debtor was delinquent in its mortgage payments, due to the real estate market. The secured lender is attempting to foreclose its mortgage on the Debtor's real property. The Debtor owns a rental property located in West Palm Beach, Florida. The Debtor needs to restructure the secured debt on the real property.**

6. List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the 1 year prior to filing:

**Jeffrey Siskind, managing member – NONE**

7. Debtor's fiscal or calendar year to date gross income and the debtor's gross income for the calendar or fiscal year prior to the filing of this petition:

**6 months preceding filing - $0.00**
**2012 - $0.00**

8. Amounts owed to various creditors as of May 17, 2013:

    a. Obligations owed to priority creditors including priority tax obligations:

**None.**

    b. With respect to creditors holding secured claims, the name of and amounts owed to such creditors and a description and estimated value of all collateral of the debtor securing their claims:

**OptimumBank – owed $1,558,376.55; secured by collateral that consists of the real property located at 525 South Flagler Drive, Suite 500, West Palm Beach, FL 33401, which is valued at $498,705.00;**

**First Intracoastal Realty, LLC – owed $120,000.00; secured by collateral that consists of the real property located at 525 South Flagler Drive, Suite 500, West Palm Beach, FL 33401, which is valued at $498,705.00;**

**Trump Plaza of the Palm Beaches Condo – owed back HOA dues in the amount of $9,900.00; secured by the real property at 525 South Flagler Drive, Suite 500, West Palm Beach, FL 33401, which is valued at $498,705.00.**

And;
    a. Amount of unsecured claims:
        **$1,329,671.55.**

9. General description and approximate value of the debtor's assets:

| GENERAL DESCRIPTION | APPROXIMATE VALUE |
|---|---|
| 525 South Flagler Drive, Suite 500, West Palm Beach, FL 33401 | $498,705.00 |
| Intellectual Property (baseball cap add-on hairbrush) | Unknown |
| 2 EZ Go TXT H400 Golf Carts | $1,500.00 |
| Office furniture | $3,000.00 |
| Computers, monitors, and printers | $1,000.00 |

| Aviatat, LLC | Unknown |
| --- | --- |
| JurisMortgage Practice Resources, LLC d/b/a Consolidated Credit Protection Services | Unknown |

10. List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires:

**a. General Liability:**
Hiscox Insurance Company, General liability insurance for 525 South Flagler Drive, Suite 500, West Palm Beach, FL 33401; Policy #UDC-1354048-CGL-13; $1,000,000.00 per occurrence, $100,000.00 to rented premises, $5,000.00 medical expense per person, and $2,000,000.00 general aggregate; Policy is current, and expires on May 30, 2014;

**b. Workman's Comp:**
**N/A**

11. Number of employees and amounts of wages owed as of petition date:

**None**

12. Status of debtor's payroll and sales tax obligations, if applicable. This does not eliminate the obligation of chapter 11 debtors (other than individuals not engaged in business) to provide the more detailed payroll tax information required by Local Rule 2081-1(A):

**None**

13. Anticipated emergency relief to be requested within 14 days from the petition date:

**Motion to Use Cash Collateral**

**TP5, LLC**

By: _____
JEFFREY SISKIND, Managing Member

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 30, 2013, a true and correct copy of the Case Management Summary was served upon those parties receiving notices of electronic filing as well as by regular, U.S. mail, postage prepaid, upon those parties on the Court's Service List.

    Respectfully Submitted,
    BRETT A. ELAM, P.A.
    Proposed Counsel for the Debtor
    105 S. Narcissus Avenue, Suite 802
    West Palm Beach, FL 33401
    Tel:   (561) 833-1113
    Fax:  (561) 833-1115

    By:   /s/ Brett A. Elam
        Brett A. Elam
        Florida Bar No. 576808