

**ORDERED in the Southern District of Florida on June 3, 2013.**



**Erik P. Kimball, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

In re:                                                                 Case No.: 13-21573-BKC-EPK
                                                                       Chapter 11 proceeding
TP5, LLC,

        Debtor.
_____/

**ORDER GRANTING DEBTOR-IN-POSSESSION'S EX-PARTE MOTION FOR
EXTENSION OF TIME IN WHICH TO FILE SUMMARY OF SCHEDULES,
SCHEDULE A, SCHEDULE B, SCHEDULE D, SCHEDULE E, SCHEDULE F,
SCHEDULE G, SCHEDULE H AND STATEMENT OF FINANCIAL AFFAIRS**

THIS MATTER having come before the Court in West Palm Beach, Florida, pursuant to the Debtor-in-Possession's Ex-Parte Motion for Extension of Time in Which to File Summary of Schedules, Schedule A, Schedules B, Schedule D, Schedule E, Schedule F, Schedule G, Schedule H and Statement of Financial Affairs, the Court having reviewed the motion, the Court having noted that the Debtor-in-Possession has complied with Local Rule 9013-1(C)(2), and the Court being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED as follows:

1. The Debtor-in-Possession's Ex-Parte Motion for Extension of Time in Which to File Summary of Schedules, Schedule A, Schedules B, Schedule D, Schedule E, Schedule F, Schedule G, Schedule H and Statement of Financial Affairs is granted.

2. The Debtor-in-Possession, **TP5, LLC**, shall have up through and including June 10, 2013 in which to file its Summary of Schedules, Schedule A, Schedules B, Schedule D, Schedule E, Schedule F, Schedule G, Schedule H and Statement of Financial Affairs.

###

**Submitted by:**
**Brett A. Elam**
105 S. Narcissus Avenue
Suite 802
West Palm Beach, FL 33401

**Copies to:**
Brett A. Elam, Esq., 105 S. Narcissus Avenue, Suite 802, West Palm Beach, FL 33401

*The Debtor (or Debtor's attorney) is directed to furnish a complete and correct copy of this order to all interested parties and file a certificate of service with the court.