# United States Bankruptcy Court
Southern District Of Florida
West Palm Beach Division

In re TP5, LLC,
    Debtor.

Case No. 13-21573-EPK
Chapter 11 proceeding

## NOTICE OF APPEAL (1)

    TP5, LLC, the debtor, appeals under 28 U.S.C. § 158(a) or (b) from the judgment, order, or decree of the bankruptcy judge entered on this hearing on Debtor-In-Possession's Motion to Vacate Order Granting OB Real Estate Holdings 1732, LLC Relief from Stay on the 2nd day of August, 2013 (*see attached*).

    The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

Dated: August 16, 2013

    Signed: _____

               Jeffrey M. Siskind, FBN 138746
               525 South Flagler Drive, Suite 500
               West Palm Beach, FL 33401-5900
               561-832-7720 jeffsiskind@msn.com

| | |
|---|---|
| Brett A. Elam, Esq. | Stephen P. Drobny |
| Brett A. Elam, P.A. | Jones Walker LLP |
| 105 S. Narcissus Ave. Suite 802 | 201 Biscayne Blvd., Suite 2600 |
| West Palm Beach, FL 33401 | Miami, FL 33131 |
| 561-833-1113 belam@brettelamlaw.com | 305-679-5700 sdrobny@joneswalker.com |
| Attorney for TP5, LLC | Attorney for OB Real Estate Holdings 1732, LLC |

    If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this notice of appeal. Any other party may elect, within the time provided in 28 U.S.C. § 158(c), to have the appeal heard by the district court.

    *If a child support creditor or its representative is the appellant, and if the child support creditor or its representative files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*
(Added Aug. 1, 1991; and amended Mar. 1995; Oct. 1, 1997; Dec. 1, 2002; Dec. 1 2004.)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Notice of Appeal was served upon the following by CM/ECF and/or U.S. Mail this 16th day of August, 2013:

Via Electronic Notice:

TP5, LLC via Brett Elam, Esquire
OB real Estate Holdings 1732 via Stephen P. Drobney, Esquire
Trump Plaza of the Palm Beaches Condo. via Joshua M. Atlas, Esquire
Office of the U.S. Trustee via Heidi A. Feinman, Esquire

VIA U.S. Mail:

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

_____
Jeffrey M. Siskind, Esquire
Counsel for Appellant



**ORDERED in the Southern District of Florida on August 1, 2013.**

Erik P. Kimball, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:                                        Case No. 13-21573-EPK

TP5, LLC,                                     Chapter 11

   Debtor.
_____/

### ORDER DENYING MOTION TO VACATE STAY RELIEF ORDER

THIS MATTER came before the Court for hearing on July 25, 2013 upon the *Debtor-in-Possession's Motion to Vacate Order Granting OB Real Estate Holdings 1732, LLC Relief from Stay* [ECF No. 29] filed by TP5, LLC.

For the reasons stated on the record, and being otherwise fully advised in the premises, it is **ORDERED AND ADJUDGED** that the Motion [ECF No. 29] is DENIED.

### # # #

Copies furnished to: Brett A. Elam, Esq.

*Brett A. Elam, Esq. is directed to serve a copy of this order on all interested parties and to file a certificate of service attesting to the same.*