# United States Bankruptcy Court

Southern District Of Florida
West Palm Beach Division

In re TP5, LLC,                                   Case No. 13-21573-EPK
    Debtor.                                       Chapter 11 proceeding

## NOTICE OF APPEAL (2)

TP5, LLC, the debtor, appeals under 28 U.S.C. § 158(a) or (b) from the judgment, order, or decree of the bankruptcy judge entered on this hearing on Creditor, OB Real Estate Holdings 1732, LLC's Prospective Motion to Grant OB Real Estate Holdings 1732, LLC *IN REM* Relief from Stay on the 2nd day of August, 2013 (*see attached*).

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

Dated: August 16, 2013

    Signed: _____
            Jeffrey M. Siskind, FBN 138746
            525 South Flagler Drive, Suite 500
            West Palm Beach, FL  33401-5900
            561-832-7720 jeffsiskind@msn.com

| | |
|---|---|
| Brett A. Elam, Esq. | Stephen P. Drobny |
| Brett A. Elam, P.A. | Jones Walker LLP |
| 105 S. Narcissus Ave. Suite 802 | 201 Biscayne Blvd., Suite 2600 |
| West Palm Beach, FL  33401 | Miami, FL  33131 |
| 561-833-1113 belam@brettelamlaw.com | 305-679-5700 sdrobny@joneswalker.com |
| Attorney for TP5, LLC | Attorney for OB Real Estate Holdings 1732, LLC |

If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this notice of appeal. Any other party may elect, within the time provided in 28 U.S.C. § 158(c), to have the appeal heard by the district court.

*If a child support creditor or its representative is the appellant, and if the child support creditor or its representative files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*
(Added Aug. 1, 1991; and amended Mar. 1995; Oct. 1, 1997; Dec. 1, 2002; Dec. 1 2004.)

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Notice of Appeal was served upon the following by CM/ECF and/or U.S. Mail this 16th day of August, 2013:

Via Electronic Notice:

TP5, LLC via Brett Elam, Esquire
OB real Estate Holdings 1732 via Stephen P. Drobney, Esquire
Trump Plaza of the Palm Beaches Condo. via Joshua M. Atlas, Esquire
Office of the U.S. Trustee via Heidi A. Feinman, Esquire

VIA U.S. Mail:

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Jeffrey M. Siskind, Esquire
Counsel for Appellant



**ORDERED in the Southern District of Florida on August 1, 2013.**

Erik P. Kimball, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

TP5, LLC,

    Debtor.
_____/

Case No. 13-21573-EPK
Chapter 11

### ORDER GRANTING OB REAL ESTATE HOLDINGS 1732, LLC *IN REM* RELIEF FROM STAY

**THIS MATTER** came before the Court for hearing on July 25, 2013 at 1:30 p.m., upon the Motion for Prospective Relief from Stay (*In Rem* Relief) (the "Motion") [D.E. 30] filed by OB Real Estate Holdings 1732, LLC ("Movant"). Upon consideration of the Motion, the arguments of counsel, good cause appearing, and the Court being otherwise fully advised in the premises, it is

**ORDERED** as follows:

1.    The Motion is **GRANTED**.

{M0559638.1}

2.  Movant is granted *in rem* relief pursuant to 11 U.S.C. §§ 105 and 362(d)(4), to allow Movant to pursue its *in rem* rights and remedies against the following real property (the "Property"):

> **CONDOMINIUM UNITS CCU3A2, CCU3B2 AND CCU3C2, TRUMP PLAZA OF THE PALM BEACHES, A CONDOMINIUM, ACCORDING TO THE DECLARATION OF CONDOMINIUM THEREOF, RECORDED IN OFFICIAL RECORDS BOOK 4800, PAGE 457, WITH ALL EXHIBITS AND AMENDMENTS THEREOF, PUBLIC RECORDS OF PALM BEACH COUNTY, FLORIDA, AND ANY AND ALL AMENDMENTS THERETO, TOGETHER WITH AN UNDIVIDED INTEREST IN THE COMMON ELEMENTS APPURTENANT THERETO AS SET FORTH IN SAID DECLARATION, TOGETHER WITH AN UNDIVIDED 16.93% INTEREST IN UNIT NO. CCU3 AS SET FORTH IN THE DECLARATION OF TENANCY-IN-COMMON AGREEMENT FOR COMMERCIAL UNIT PARKING FACILITIES AS RECORDED IN OFFICIAL RECORDS BOOK 19010, PAGE 70, PUBLIC RECORDS OF PALM BEACH COUNTY, FLORIDA.**

3.  The filing of a new bankruptcy petition by TP5, LLC, or any transferee shall not trigger the automatic stay and shall not cause the Clerk of the Circuit Court to cancel any judicial sale with respect to the Property. This *in rem* relief shall only apply until the earlier of either: (i) a successful foreclosure sale by Movant or its assigns; (ii) payment in full of the debt owed to Movant; or (iii) two years from the date of this Order.

4.  The fourteen (14) day stay of this Order imposed by Federal Rule of Bankruptcy Procedure 4001(a)(3) is waived; this Order is final and is effective immediately upon entry.

###

Submitted by and copies furnished to:

Stephen P. Drobny, Esq.
JONES WALKER LLP
201 Biscayne Blvd., Suite 2600
Miami, Florida 33131
Telephone: (305) 679-5700
sdrobny@joneswalker.com

Mr. Drobny shall serve a copy of this Order on all parties entitled to service and to file with the court a certificate of service conforming with Local Rule 2002-1(F).

{M0559638.1}