8003−1(B)).

*Page 2 of 4*

**United States Bankruptcy Court**
**Southern District of Florida**
**www.flsb.uscourts.gov**

## APPEAL INFORMATION SHEET

**PART I:**  Appellant's Purchase Order for Transcript:

1.  Debtor's Name: _TPS, LLC_

    Case No.: _13 - 21573 - EPK_

    Judge: _ERIC KIMBALL_

    Date Notice of Appeal Filed: _8 - 16 - 2013_

    Plaintiff (if applicable): _____

    Defendant (if applicable): _____

    Adversary Case No.: _____

2.  Complete One:

    ☐  No transcript is required for this appeal.

    ☐  All necessary transcripts are already on file with the Bankruptcy Court.

    ☑  Request is hereby made for transcription of the following proceedings:

Hearing Date: _7/25/13_

Proceeding: ① _MOTION FOR PROSPECTIVE RELIEF FROM STAY [DE 30]_ ② _DEBTOR-IN-POSSESSION'S MOTION TO VACATE ORDER GRANTING OB REAL ESTATE HOLDINGS 1732, LLC RELIEF FROM STAY [ECF #29]_

*Page 3 of 4*

3.   I certify that I have personally contacted the court reporter and that satisfactory financial arrangements have been made for the preparation and filing of the transcript(s).

Ordering Counsel
(or party if not
represented by
Counsel.)

_JEFFREY M. SISKIND_
Name of Attorney

_SISKIND LEGAL_
Name of Firm (or Individual)

_525 S. FLAGLER DRIVE #500_
Street Address or P.O. Box

_WEST PALM BEACH, FL 33401_
City    State   Telephone No.

Date: _8/4/13_      Signed: _____

Attorney for: _TPS, LLC_

NOTE:    PART I MUST BE COMPLETED AND RETURNED TO THE COURT REPORTER NOT LATER THAN 14 DAYS FROM THE FILING OF THE NOTICE OF APPEAL IN ALL CASES, INCLUDING THOSE FOR WHICH A TRANSCRIPT IS NOT ORDERED.

**PART II:   REPORTER'S ACKNOWLEDGMENT**

1.      The foregoing transcript order received on_____

2.      Satisfactory arrangements ( ) have ( ) have not been made for payment of the transcript cost. These financial arrangements were completed on_____

3.      Estimated completion date_____

Date:_____      Signed:_____

**Court Reporter Name and Address**

NOTE:    **This form will be provided to parties to an appeal by the clerk's office.**