

ORDERED in the Southern District of Florida on March 3, 2014.

Erik P. Kimball, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| TP5, LLC, | : | CASE NO. 13-21573-EPK |
| Debtor. | : | |

### ORDER DISMISSING CASE

This matter came before the Court on February 27, 2014 on the United States Trustee's Motion to Dismiss Case or to Convert Case to Chapter 7. After proper notice and hearing, the Debtor does not oppose the dismissal of the case. The Court having reviewed United States Trustee's Motion and hearing argument and agreement of the parties and Court taking specific judicial notice of the entire contents of the Court file, it is:

ORDERED that this case is dismissed with prejudice to the filing of a petition under any chapter of the Bankruptcy Code for a period of 6 months from the date of this Order, and it is further

ORDERED that the debtor shall pay the United States Trustee the appropriate sum required pursuant to 28 U.S.C. Section 1930(a)(6) within ten (10) days of the entry of this Order and

simultaneously provide to the United States Trustee an appropriate affidavit indicating the cash disbursements for the relevant period since the period reported on the last debtor-in-possession report filed by the debtor, and it is further

ORDERED that the debtor, shall pay the Bankruptcy Clerk of the Court any outstanding fees, costs and charges in connection with this case within ten (10) days of the entry of this Order, and it is further

ORDERED that the Court shall retain jurisdiction to enforce the provisions of this Order.

####

Submitted by:
Heidi Feinman
Trial Attorney,
U.S. Trustee's Office

**ALL CREDITORS AND PARTIES IN INTEREST (BY CLERK'S OFFICE)**