receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## Southern District of Florida

## Notice of Electronic Filing

The following transaction was entered on 2/20/2014 at 2:15 PM EST and filed on 2/20/2014
**Case Name:**         TP5, LLC v. OB Real Estate Holdings 1732, LLC
**Case Number:**       9:13-cv-81068-KMM
**Filer:**
**WARNING: CASE CLOSED on 02/20/2014**
**Document Number:**   16(No document attached)

**Docket Text:**
PAPERLESS ORDER. THIS CAUSE came before the Court upon Appellee's Motion to Dismiss Appeal as Moot [8]. Appellant responded in opposition [13]. This Motion is now ripe for review. "It is settled law in this circuit that when the debtor fails to obtain a stay pending appeal of the bankruptcy court's or the district court's order setting aside an automatic stay and allowing a creditor to foreclose on property, the subsequent foreclosure and sale of the property renders moot any appeal." In re Matos, 790 F.2d 864, 865 (11th Cir. 1986). This action concerns real property located in Palm Beach County that was the subject of a foreclosure action. Mot., at 1. The Bankruptcy Court granted Appellee relief from the automatic bankruptcy stay concerning the property. Id. Appellant subsequently appealed the bankruptcy order but did not seek a stay pending appeal. Id. The property has since been sold in a foreclosure sale. Id. Appellant argues that the sale has not in fact been finalized, although a review of the record demonstrates that this claim is without merit. Accordingly, as the subject property has been foreclosed and sold, this Court is powerless to grant relief in this matter, and the appeal is now moot. UPON CONSIDERATION of the Motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED that the Motion [8] is GRANTED. The appeal in this matter is DENIED AS MOOT. The Clerk of Court is instructed to CLOSE this Case. All pending motions are DENIED AS MOOT. Signed by Judge K. Michael Moore on 2/20/2014. (nhl)

9:13-cv-81068-KMM Notice has been electronically mailed to:

Brett Allen Elam    belam@brettelamlaw.com, amanda@brettelamlaw.com, info@brettelamlaw.com

Jeffrey M. Siskind    jeffsiskind@msn.com

Stephen Paul Drobny    sdrobny@joneswalker.com, ejulia@joneswalker.com, rbruckmann@joneswalker.com, tsnow@joneswalker.com

**9:13-cv-81068-KMM Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:**