UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:  Case No. 13-21573-EPK

TP5, LLC,  Chapter 11

Debtor.
_____/

State of Florida

County of Palm Beach

### AFFIDAVIT OF JEFFREY M. SISKIND

COMES NOW, Jeffrey M. Siskind, being sui juris and possessed of personal knowledge of the following, and does attest to the following under penalty of perjury:

1. I at all times served as managing member of the Debtor in this matter; TP5, LLC.

2. During the period after Debtor filed its last monthly report, which period consists of the third and fourth quarters of calendar year 2013 and the first quarter of calendar year 2014, Debtor expended the total sum of $1,008.00.

3. Debtor's expenditures are accurately shown by the attached Cash Disbursements schedule.

4. This information is provided in accordance with the Court's order dated March 3, 2014 in order to apprise the U.S. Trustee of same so that quarterly fees for which Debtor is responsible pursuant to said Order may be calculated.

FURTHER AFFIANT SAYETH NOT.

_____
Affiant – Jeffrey M. Siskind

BEFORE ME this 6th day of March, 2014, appeared Jeffrey M. Siskind who is personally known to me, and who did voluntarily affix his signature hereto in my presence.

_____
Notary Public – State of Florida

(SEAL)

FIRZOAQ F MALIK
Notary Public - State of Florida
My Comm. Expires Jan 29, 2017
Commission # EE 868938
Bonded Through National Notary Assn.

## TP5, LLC
### CASH DISBURSEMENTS SINCE LAST FILED MONTHLY REPORT

| Year | Operating Acct. | Tax Acct. | Totals |
|---|---|---|---|
| **2013** | | | |
| July | - 0 - | - 0 - | |
| August | 762.00 | 12.00 | |
| September | 12.00 | 12.00 | |
| TOTAL Disbursed 3rd Qtr., 2013 | | | 798.00 |
| October | 12.00 | 12.00 | |
| November | 12.00 | 12.00 | |
| December | 12.00 | 12.00 | |
| TOTAL Disbursed 4th Qtr., 2013 | | | 72.00 |
| **2014** | | | |
| January | 12.00 | 12.00 | |
| February | 12.00 | 12.00 | |
| March | 62.00 | 28.00 | |
| TOTAL Disbursed 1st Qtr., 2014 | | | 138.00 |